242

Manuel Caute
vs. } No. 38921
Rhode Island Company

RESCRIPT

October 30, 1918

BLODGET, J. In above case, after verdict of a jury awarding damages to the plantiff in the sum of $1200 for the death of the minor child of plaintiff, motion for a new trial filed by the defendant was heard May 18, 1918.

In this case plaintiff claimed that on the afternoon of June 18, 1918, a crowd had collected at the corner of Fenmore and Warren avenues watching an attempt to capture a bull that was astray, and that among the crowd was his wife and little child; that the child broke away from his mother, got upon the tracks of the defendant company on Warren Avenue, and was killed by a car proceeding on this track in the direction of Cresent Park.

Discussion of Testimony.

The jury evidently believed the account given by witnesses for the plantiff upon the questions of fact on which liability of defendant was necessarily based.

There is testimony upon which a verdict for the plaintiff could be found by the jury.

Motion for new trial denied.

For plaintiff: Charles J. Alexander.

For defendant: Clifford Whipple and Alonza R. Williams.

---

243

Hyman Goldstein
.vs.. } No. 37783
Rhode Island Company

RESCRIPT

November 1, 1918

BLODGETT, J. Heard on motion for new trial by defendant after verdict of a jury for the plaintiff for $7500.

On March 24, 1914, shortly after seven o'clock in the evening, plaintiff, a man sixty-seven years of age, claims to have been injured by the sudden starting of a car operated by defendant as he was

attempting to alight after the car had come to a stop at the Fairmount (Pleasant street) switch on South Main street, Woonsocket.

There was a special finding by the jury upon the issue whether the car in question did stop at said switch, the jury answering this question in the affirmative.

Since liability of the defendant, in the opinion of the Court, hinges upon the answer of this question, it is only necessary to determine whether the jury failed to give due weight to the evidence upon this issue.

Discussion of Testimony.

The Court has examined a certified transcript of all the testimony given at the trial and has reached the conclusion upon such examination that the motion for a new trial should be granted as the verdict of the jury was contrary to the weight of the evidence.

Motion for new trial granted.

For plaintiff: Cooney & Cahill.

For defendant: Clifford Whipple —& G. Frederick Frost.